IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

DANIEL WELDON SUTTON,             )
                                  )
         Plaintiff,               )
                                  )
    v.                            )
                                  )      1:25-cv-570
D.C. BOARD OF INDUSTRIAL          )
TRADES, and DEPARTMENT            )
OF LICENSING AND CONSUMER         )
PROTECTION,                       )
                                  )
         Defendants.              )

### ORDER

On September 5, 2025, the United States Magistrate Judge's Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B) for failing to state a claim for relief, without prejudice to Plaintiff filing a new Complaint on the proper forms setting out

his claims clearly, with sufficient factual allegations to support his claims for relief.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 29th day of October, 2025.

                               /s/ William L. Osteen, Jr.
                               United States District Judge